[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14390

_____

D. C. Docket No. 98-00016-CR-AAA-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL MCGOWAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(June 30, 2006)**

Before BLACK and PRYOR, Circuit Judges, and CONWAY[*], District Judge.

PER CURIAM:

_____

[*]Honorable Anne C. Conway, United States District Judge for the Middle District of Florida, sitting by designation.

After oral argument and examination of the record and briefs in this case, we conclude the district court did not err in finding that Defendant-Appellant Paul McGowan "failed to proffer any substantial credible evidence to warrant the extraordinary relief of a writ of *error coram nobis*."

AFFIRMED.